## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**ANGEL D. RIVERA, et al.,**
**Plaintiffs**

**v.**                                                       **CIVIL NO. 05-2222(DRD)**

**UNITED STATES OF AMERICA, et al.,**
**Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed: 03/17/06**<br>**Docket #26**<br>**[X] Plaintiff**<br>[] **Defendant**<br>**Title:** Notice to Dismiss Without Prejudice Under Rule 41(a)(1) for Federal Ruled of Civil Procedure | **GRANTED.** Since co-defendant, the United States of America never answered the complaint nor filed a Motion for Summary Judgment, pursuant to Fed.R.Civ.P. 41(a)(1)(i), the Court hereby **grants** Plaintiff's request for voluntary dismissal without prejudice. **Partial Judgment** shall be entered accordingly. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 17th day of March 2006.

                                         **S/DANIEL R. DOMINGUEZ**
                                         **DANIEL R. DOMINGUEZ**
                                         **U.S. DISTRICT JUDGE**